UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON RAISER,<br><br>      Plaintiff,<br><br>v.<br><br>SAN DIEGO COUNTY, et al,<br><br>      Defendants. | Case No.: 19cv751-GPC(KSC)<br><br>**ORDER RE DEFENDANTS' MOTION FOR RECONSIDERATION OF DISCOVERY ORDER**<br><br>**[Doc. No. 123.]** |

  Before the Court is defendants' Motion for Reconsideration of a Discovery Order. [Doc. No. 123.] The referenced Discovery Order required defendants to produce CLETS data from an April 29, 2017 traffic stop involving plaintiff or to provide plaintiff with a declaration that included a plausible explanation as to why the data could not be produced. [Doc. No. 110, at pp. 2-4.]

  In their Motion for Reconsideration, defendants want the Court to re-evaluate the prior Order based on a "state evidentiary privilege" and California Penal Code § 11142, which creates a misdemeanor offense for "knowingly furnish[ing]" CLETS "record[s] or information to a person who is not authorized by law to receive the record of information." Cal. Pen. Code § 11142. [Doc. No. 123, at p. 2]. However, defendants acknowledge in their Motion that a Court can "circumvent" the state evidentiary privilege and allow for a party to share CLETS data notwithstanding Section 11142. They also

1

acknowledge that production of "CLETS data" is "seemingly appropriate" if "the data deals with a party to suit." [Doc. No. 123, at pp. 2-3.]

Based on the information presented, the Court concludes there is no reason to change the prior Order [Doc. No. 110] to preclude defendants from producing the CLETS data from the April 29, 2017 traffic stop, because the data is relevant to the allegations in the Complaint and important to reaching a resolution of the case. However, because of the confidential nature of CLETS data, the Court finds there is good cause for a protective order.

Accordingly, IT IS HEREBY ORDERED that that defendants must produce the subject CLETS data as previously ordered [Doc. No. 110] within two business days of the date this Order is entered subject to the following Protective Order: Plaintiff is prohibited from using, referencing, disclosing, or otherwise disseminating any of the CLETS data outside of the present lawsuit; and further, may not reference or disclose such information in any public filing in this case.

IT IS SO ORDERED.

Dated: March 15, 2021

Hon. Karen S. Crawford
United States Magistrate Judge