UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON RAISER,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>　　　　　　　Defendants. | Case No.:  19cv751-GPC(KSC)<br><br>**AMENDED SCHEDULING ORDER;**<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE MOTION FOR MODIFICATION OF THE SCHEDULING ORDER**<br><br>[Doc. No. 169.] |

　　　Before the Court is defendants' Ex Parte Motion for Modification of the Scheduling Order.  In their Ex Parte Motion, defendants seek a continuance of all remaining dates and deadlines in the Scheduling Order, including the date for the final Pre-Trial Conference.  The reason for the request is that plaintiff requested and was granted a modification of the briefing schedule on the parties' summary judgment motions.  As a result, the hearing date on these motions now conflicts with the deadline for the parties to comply with the pre-trial disclosure requirements of Federal Rule of Civil Procedure 26(a)(3).  Defendants believe the outcome of the pending summary judgment motions will significantly impact trial preparation.  [Doc. No. 169.] In response to defendant's Ex Parte Motion, plaintiff filed a Non-Opposition.  [Doc. No. 170.]

Good cause appearing, defendants' Ex Parte Motion for Modification of the Scheduling Order is GRANTED.  [Doc. No. 169.]  Accordingly, IT IS HEREBY ORDERED that:

1. Counsel shall comply with the pre-trial disclosure requirements of Fed. R. Civ. P. 26(a)(3) by **September 17, 2021**.  Failure to comply with these disclosure requirements could result in evidence preclusion or other sanctions under Fed. R. Civ. P. 37.

2. Counsel shall meet and take the action required by Local Rule 16.1(f)(4) by **September 24, 2021**.  At this meeting, counsel shall discuss and attempt to enter into stipulations and agreements resulting in simplification of the triable issues. Counsel shall exchange copies and/or display all exhibits other than those to be used for impeachment. The exhibits shall be prepared in accordance with Local Rule 16.1(f)(4)(c).  Counsel shall note any objections they have to any other parties' Pretrial Disclosures under Fed. R. Civ. P. 26(a)(3).  Counsel shall cooperate in the preparation of the proposed pretrial conference order.

3. Counsel for plaintiff will be responsible for preparing the pretrial order and arranging the meetings of counsel pursuant to Civil Local Rule 16.1(f).  By **October 1, 2021**, plaintiff's counsel must provide opposing counsel with the proposed pretrial order for review and approval.  Opposing counsel must communicate promptly with plaintiff's attorney concerning any objections to form or content of the pretrial order, and both parties shall attempt promptly to resolve their differences, if any, concerning the order.

4. The Proposed Final Pretrial Conference Order, including objections to any other parties' Fed. R. Civ. P. 26(a)(3) Pretrial Disclosures shall be prepared, served and lodged with the assigned district judge by **October 8, 2021**, and shall be in the form prescribed in and comply with Local Rule 16.1(f)(6).

/ / /
/ / /
/ / /

5. The final Pretrial Conference is scheduled on the calendar of the **Honorable Gonzalo P. Curiel** on **October 15, 2021** at **1:30 p.m.** The Court will set a trial date during the pretrial conference. The Court will also schedule a motion *in limine* hearing date during the pretrial conference.

6. The dates and times set forth herein will not be modified except for good cause shown.

7. All other terms and conditions of the Scheduling Order filed on April 15, 2020 shall remain in effect [Doc. No. 66].

**IT IS SO ORDERED.**

Dated: May 14, 2021

Hon. Karen S. Crawford
United States Magistrate Judge